UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KHRISTIA BYNUM, individually and on behalf of all others similarly situated.<br><br>                 Plaintiff,<br><br>vs.<br><br>CLAYTON COUNTY PUBLIC SCHOOLS,<br><br>                 Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-0001-MHC |

## J U D G M E N T

This action having come before the Court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the Court having **granted** said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing and that the defendant recover its costs of action. This action is hereby **dismissed**.

Dated at Atlanta, Georgia, this 10th day of July, 2017.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                               By:   s/ Denza F. Bankhead
                                           Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 10, 2017
James N. Hatten, Clerk of Court

By: s/ Denza F. Bankhead
      Deputy Clerk